PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Michael David Sell**

**Docket No. 0:00CR00260-001(ADM)**

**Petition on Supervised Release**

COMES NOW **Dennis E. Bresnahan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Michael David Sell** who was sentenced for Bank Robbery on March 16, 2001, by the Honorable Ann D. Montgomery, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug/alcohol treatment
- Mental health treatment
- Pay $13,188 restitution

On November 6, 2006, Mr. Sell's mental health treatment condition was suspended due to an assessment which advised he was not in need of treatment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On April 7, 2007, Mr. Sell was arrested by the St. Paul, Minnesota, Police for Driving While Under the Influence of Alcohol. On May 3, 2007, Mr. Sell has an arraignment hearing scheduled in Ramsey County District Court, St. Paul. Mr. Sell admitted that he used poor judgement.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 32 hours of community service, as approved by the probation officer.

SCANNED
APR 19 2007
U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 18th day of April, 2007, and ordered filed and made a part of the records in the above case.

Honorable Ann D. Montgomery
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Dennis E. Bresnahan
U.S. Probation Officer
Telephone: 651-848-1241

Executed on April 17, 2007
Place St. Paul

Approved:

Diane M. Levendusky
Supervising U.S. Probation Officer

c: United States Sentencing Commission